IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTERPOINT INTERMODAL LLC; CENTERPOINT JOLIET TERMINAL RAILROAD LLC; AMERICAN PRESIDENT LINES, LTD.; APL LOGISTICS TRANSPORTATION MANAGEMENT SERVICES, LTD.; and UNION PACIFIC RAILROAD COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> THE VILLAGE OF ELWOOD, <br><br> Defendant. | Case No. 1:14-cv-4244 |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and in connection with the Defendant's Motion to Dismiss Plaintiffs' Complaint for Lack of Subject-Matter Jurisdiction (ECF #44), Plaintiffs American Presidents Lines, Ltd. and APL Logistics Transportation Management Services, Ltd. (collectively, "APL") and Defendant The Village of Elwood hereby stipulate to the dismissal of this lawsuit without prejudice and with these parties bearing their own costs and expenses.

Dated: August 22, 2014

/s/ Thomas I. Matyas
Thomas I. Matyas
Mark A. Huddle
Aaron J. Hersh
Edwards Wildman Palmer LLP
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
Phone: (312) 201-2000

Attorneys for American President Lines Ltd.
and APL Logistics Transportation
Management Services, Ltd.

/s/ Michael P. Connelly
Michael P. Connelly
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
Phone: (312) 494-1000

Attorney for the Village of Elwood

AM 36613263.2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **Joint Stipulation Of Dismissal Without Prejudice** was served on all counsel of record via the Northern District of Illinois, Eastern Division, ECF filing system, this 22nd day of August, 2014.

Dated:  August 22, 2014                                        /s/ Thomas I. Matyas

Thomas I. Matyas
Mark A. Huddle
Aaron J. Hersh
Edwards Wildman Palmer LLP
225 W. Wacker Drive, Suite 2800
Chicago, Illinois  60606
Phone:  (312) 201-2000

Attorneys for American President Lines Ltd.
and APL Logistics Transportation
Management Services, Ltd.

AM 36613263.2